IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HILLARY A. SCHORNACK, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV53 |
| | ) | |
| v. | ) | |
| | ) | |
| BECTON, DICKINSON AND COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 24 be stricken from the record for the following reason(s):

- Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 24 from the record. The party is directed to re-file the document.

DATED this 20th day of April, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court