IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HILLARY A. SCHORNACK, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV53 |
| | ) | |
| v. | ) | |
| | ) | |
| BECTON, DICKINSON AND COMPANY, a New Jersey corporation organized under the laws of the State of New Jersey, | ) ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion for summary judgment filed by the defendant Becton, Dickinson and Company (Filing No. 45), filed on November 4, 2005. Plaintiff Hillary Schornack ("Schornack") contends that the defendant, Becton Dickinson ("BD") discriminated against her because of her Type I diabetes, ultimately resulting in her constructive discharge. Schornack asserts her claim under the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.* ("ADA") and the Family Medical Leave Act ("FMLA"), 29 U.S.C. § 2601, *et seq*. The Court has reviewed the motion, briefs, evidentiary submissions, and the applicable law and finds that defendant's motion should be denied. Accordingly,

IT IS ORDERED that defendant's motion for summary judgment (Filing No. 45) is denied.  Trial of this matter shall commence on **Tuesday, January 17, 2006, at 9 a.m.** as previously scheduled.

DATED this 15th day of December, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
 LYLE E. STROM, Senior Judge
 United States District Court