IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HILLARY A. SCHORNACK, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV53 |
| | ) | |
| v. | ) | |
| | ) | |
| BECTON, DICKINSON AND COMPANY, a New Jersey corporation organized under the laws of the State of New Jersey, | ) ) ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the stipulation for dismissal (Filing No. 57) filed by the parties. Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

DATED this 30th day of January, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court